**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Casey Eugene Lake<br>Debtor(s) | BK NO. 21-01366 HWV<br><br>Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
23 Jun 2021, 16:34:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322